UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE TORRES,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

                Defendant.

25 CIVIL 07960 (OTW)

## JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated June 2, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner will offer the plaintiff the opportunity for a hearing and issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**    New York, New York
            June 3, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**